UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA                          :

                  *– against –*                          :                06 Cr. 1054 (RMB)

JAVED IQBAL and                                   :                FILED ELECTRONICALLY

SALEH ELAHWAL,                                    :

            Defendants.
-------------------------------------------------------------x


## JOINT MEMORANDUM OF LAW IN SUPPORT
## OF DEFENDANTS' PRE-TRIAL MOTIONS


Joshua L. Dratel, Esq.
Law Offices of Joshua L. Dratel, P.C.
2 Wall Street,   3rd floor
New York, NY 10005
(212) 732-0707
*Attorneys for Defendant Javed Iqbal*

– Of Counsel –
Joshua L. Dratel
Renita K. Thukral

Edward V. Sapone, Esq.
Law Office of Edward V. Sapone
1 Penn Plaza, Suite 5315
New York, NY 10119
(212) 974-0600
*Attorney for Defendant Saleh Elahwal*

TABLE OF CONTENTS

Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  iii

Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of the Facts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

POINT I

THE "MATERIAL SUPPORT" COUNTS (1,2, 7 & 8)
SHOULD BE DISMISSED BECAUSE (A)  THEY FAIL
TO STATE AN OFFENSE UNDER THE STATUTE,
18 U.S.C. §2339B;  (B) THE CONDUCT ALLEGED IS
EXEMPTED FROM §2339B;  AND/OR (C)  §2339B IS
UNCONSTITUTIONALLY VAGUE ON ITS FACE OR
AS APPLIED, AND IS UNCONSTITUTIONALLY OVERBROAD . . . . . . . . . . . . . . . . . . . . . 1

POINT II

COUNTS 3-6 & 9-11 SHOULD BE DISMISSED BECAUSE
(A) THE INDICTMENT FAILS TO ALLEGE ANY
SUBSTANTIVE OFFENSE; (B) THE CONDUCT ALLEGED
IS EXEMPTED FROM 22 U.S.C. §287c, AND/OR BECAUSE
THE STATUTE IS UNCONSTITUTIONALLY VAGUE AS
APPLIED, AND/OR IS UNCONSTITUTIONALLY OVERBROAD . . . . . . . . . . . . . . . . . . . . 25

POINT III

THE MULTIPLICITOUS COUNTS IN THE
INDICTMENT VIOLATE THE FIFTH AMENDMENT
PROHIBITION AGAINST DOUBLE JEOPARDY AND MUST BE DISMISSED . . . . . . . . . 29

POINT IV

STATEMENTS MADE BY MR. IQBAL ON AUGUST 23, 2006, AND
ANY AND ALL FRUITS THEREOF, SHOULD BE SUPPRESSED,
AND/OR A HEARING CONDUCTED TO DETERMINE WHETHER
THEY WERE VOLUNTARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

POINT V

ALL PROPERTY SEIZED DURING THE SEARCHES OF MR. IQBAL'S
RESIDENCE, BUSINESS, AND CAR SHOULD BE SUPPRESSED,
AND/OR A HEARING CONDUCTED TO DETERMINE WHETHER
THEY WERE VOLUNTARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

POINT VI

THE INDICTMENT SHOULD BE DISMISSED BECAUSE
MR. IQBAL AND DR. ELAHWAL HAVE BEEN SUBJECT
TO SELECTIVE PROSECUTION, OR, IN THE ALTERNATIVE,
THE COURT SHOULD CONDUCT A HEARING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

POINT VII

THE COURT SHOULD GRANT MR. ELAHWAL A SEVERANCE
BECAUSE OTHERWISE HE WILL SUFFER UNDUE PREJUDICE
IF TRIED JOINTLY WITH MR. IQBAL, AGAINST WHOM THE
MAJORITY OF THE GOVERNMENT'S EVIDENCE, IS DIRECTED,
AND WHOSE STATEMENTS CREATE A *BRUTON* ISSUE . . . . . . . . . . . . . . . . . . . . . . . . 46

POINT VIII

THE COURT SHOULD COMPEL THE GOVERNMENT
TO PRODUCE THE DEMANDED DISCOVERY,
BRADY MATERIAL, AND BILL OF PARTICULARS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*Regarding Counts 1, 2, 7 & 8* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

*Regarding Counts 3, 4, 5, 6, 9, 10 & 11* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

TABLE OF AUTHORITIES

<u>CASES</u>

*Acceptance Ins. Co. v. Sloan,* 263 F.3d 278 (3d Cir.2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

*Advance Pharm., Inc. v. United States,* 391 F.3d 377 (2d Cir. 2004) . . . . . . . . . . . . . . . . . . . . . 13

*American Booksellers Foundation v. Dean*, 342 F.3d 96 (2d Cir. 2003) . . . . . . . . . . . . . . . 15,16

*Anobile v. Pelligrino*, 303 F.3d 107 (2d Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

*Ball v. United States*, 470 U.S. 856 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*Berkemer v. McCarty*, 468 U.S. 420 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*Blockberger v. United States*, 284 U.S. 299 (1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*Board of Trustees v. Fox*,  492 U.S. 469 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Boim v. Quranic Literacy Institute, et al.,* 291 F.3d 1000 (7th Cir. 2002) . . . . . . . . . . . . . . . 7,11

*Brandenburg v. Ohio*, 395 U.S. 444 (1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8,9,10

*Broadrick v. Okla.*, 413 U.S. 601 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15,20

*Brockett v. Spokane Arcades, Inc.,* 472 U.S. 491 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Bruton v. United States*, 391 U.S. 123 (1968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*California v. Beheler*, 463 U.S. 1121 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32,33

*Capital Cities/ABC, Inc. v. Brady*, 740 F. Supp. 1007 (S.D.N.Y. 1990) . . . . . . . . . . . . . . . . . . . 27

*Cernuda v. Heavey*, 720 F. Supp. 1544 (S.D. Fla. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . 28,29,30

*Chapman v. United States*, 500 U.S. 453 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Citizens Against Rent Control Coalition for Fair Housing*
    *v. Berkeley*, 454 U.S. 290 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Coates v. City of Cincinnati,* 402 U.S. 611 (1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Colorado v. Connelly*, 479 U.S. 157 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

*Coolidge v. New Hampshire*, 403 U.S. 443 (1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Crawford v. Washington*, 541 U.S. 36 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*De Jonge v. Oregon*, 299 U.S. 353 (1937) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11,19

*Farrell v. Burke*, 449 F.3d 470 (2d Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13,14,15,16

*Franks v. Delaware*, 438 U.S. 154 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41,42

*Grayned v. City of Rockford,* 408 U.S. 104 (1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13,15

*Green v. Scully*, 850 F.2d 894 (2d Cir.1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

*Hess v. Indiana*, 414 U.S. 105 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8,10

*Humanitarian Law Project v. Reno,* 205 F.3d 1130 (9th Cir.2000)
    (hereinafter "*HLP I*") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Humanitarian Law Project v. Ashcroft*, 352 F.3d 382 (9th Cir. 2003)
    (hereinafter "*HLP II*") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,6,7,8,14,15

*Humanitarian Law Project v. U.S. Dept. Of Justice*, 352 F.3d 382
    (9th Cir. 2003), *vacated on other grounds by* 393 F.2d 902 (9th Cir. 2004)
    (hereinafter "*HLP III*") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7,8,17

*Humanitarian Law Project v. U.S. Dept. Of Justice,* 2004 WL 547534
    (C.D. Cal. March 17, 2004) (hereinafter "*HLP IV*") . . . . . . . . . . . . . . . . . . . . . . . . . 7,17

*INS v. Phinpathya*, 464 U.S. 183 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Jones v. United States*, 526 U.S. 227 (1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Kaplan v. County of Los Angeles*, 894 F.2d 1076 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . 11

*Kolender v. Lawson,* 461 U.S. 352 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Lo-J Sales, Inc. v. New York*, 442 U.S. 319 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*Mcnabb v. United States*, 318 U.S. 332 (1943) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36,37

*Mallory v. United States*, 354 U.S. 449 (1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36,37

*Maryland v. Garrison*, 480 U.S. 79 (1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Michigan v. Tyler*, 436 U.S. 499 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Mills v. Alabama,* 384 U.S. 214 (1966) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Miranda v. Arizona*, 384 U.S. 436 (1966) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31,32,33

*Missouri v. Seibert*, 542 U.S. 600 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33,35,36

*Moran v. Burbine*, 475 U.S. 412 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34,35

*NAACP v. Claiborne Hardware Co.*, 458 U.S. 886 (1982) . . . . . . . . . . . . . . . . . . . . . . . 10,11,19

*Nelson v. Walker*, 121 F.3d 828 (2d Cir.1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

*New York Times v. Sullivan*, 376 U.S. 254 (1964) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17,19

*New York Times v. United States,* 403 U.S. 713 (1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Noto v. United States*, 367 U.S. 290 (1961) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9,18

*Oregon v. Elstad*, 470 U.S. 298 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

*Parker v. Levy,* 417 U.S. 733 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Parsad v. Greiner*, 337 F.3d 175 (2d Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

*Payton v. New York*, 445 U.S. 573 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Planned Parenthood of the Columbia/Willamette Inc. v. American
    Coalition of Life Activists*, 244 F.3d 1007 (9th Cir. 2001)
    (hereinafter "*PPCW I*"), *vacated on other grounds by*
    290 F.3d 1058 (9th Cir. 2002) (hereinafter "*PPCW II*") . . . . . . . . . . . . . . . . . . . . . . . 8,19,20

*Russell v. United States*, 369 U.S. 749 (1962) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Scales v. United States*, 367 U.S. 203 (1961) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11,18

*Schneckloth v. Bustamonte*, 412 U.S. 218 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

*Shelton v. Tucker*, 364 U.S. 479 (1960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Singh-Kaur v. United States*, 385 F.3d 293 (3d Cir. 2004) . . . . . . . . . . . . . . . . . . . . . 20,21,22,23

v

*Standsbury v. California*, 511 U.S. 318 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

*Stanford v. Texas*, 379 U.S. 476 (1965) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*Steagald v. United States*, 451 U.S. 204 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Steele v. United States*, 267 U.S. 498 (1925) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Tankleff v. Senkowski*, 135 F.3d 235 (2d Cir.1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

*Texas v. Johnson*, 491 U.S. 397 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Thornhill v. Alabama*, 310 U.S. 88 (1940) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Triestman v. United States*, 124 F.3d 361 (2d Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Turner Broadcast System v. FCC*, 512 U.S. 622 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*United States v. Al-Arian*, 308 F. Supp.2d 1322 (M.D. Fla. 2004) . . . . . . . . . . . . . . . . . . . . . 3

*United States v. Al-Arian*, 329 F. Supp.2d 1294 (M.D. Fla. 2004) . . . . . . . . . . . . . . . . . . . . 12

*United States v. Ali*, 68 F.3d 1468 (2d Cir. 1995), *modified on rehearing*,
     86 F.3d 275 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32,33

*United States v. Alvarez-Sanchez*, 511 U.S. 350 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*United States v. Anderson*, 929 F.2d 96 (2d Cir.1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

*United States v. Berkovich*, 932 F.Supp. 582 (S.D.N.Y. 1996) . . . . . . . . . . . . . . . . . . . . . . . . 38

*United States v. Bortnovsky*, 820 F.2d 572 (2d Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*United States v. Calvente*, 722 F2d 1019 (2d Cir. 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

*United States v. Chacko,* 169 F.3d 140 (2d Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*United States v. Colon*, 835 F.2d 27 (2d Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*United States v. Davidoff*, 845 F.2d 1151 (2d Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

*United States ex rel. Attorney General, v. Delaware & Hudson Co.,*
     213 U.S. 366 (1909) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*United States v. Dixon,* 509 U.S. 688 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*United States v. Dolan,* 113 F. Supp. 757 (D. Conn. 1953) . . . . . . . . . . . . . . . . . . . . . . . . . . 49

*United States v. Duvall*, 537 F.2d 15 (2d Cir. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

*United States v. Fares*, 978 F.2d 52 (2d Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44,46

*United States v. Figueroa*, 618 F.2d 934 (2d Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*United States v. Fullwood*, 86 F.3d 27 (2d Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

*United States v. Garcia*, 56 F.3d. 418 (2d Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

*United States v. George*, 975 F.2d 72 (2d Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*United States v. Giese*, 597 F.2d 1170 (9th Cir. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42,43

*United Sates v. Hammoud*, 381 F.3d 316 (4th Cir. 2004),
  *remanded for resentencing on other grounds*, 405 F.3d 1034 (4th Cir. 2005) . . . . . . . . . . . . 7

*United States v. Hodge,* 321 F.3d 429 (3d Cir.2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

*United States v. Isiofia*, 370 F.3d 226 (2d Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

*United States v. Josephberg*, 459 F.3d 350 (2d Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*United States v. Khan*, 309 F. Supp.2d 789 (E.D. Va. 2004) . . . . . . . . . . . . . . . . . . . . . . . 8,12

*United States v. Leon*, 468 U.S. 1250 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*United States v. Loy*, 237 F.3d 251 (2d Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*United States v. Male Juvenile*, 121 F.3d 34 (2d Cir.1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

*United States v. Mitchell*, 966 F.2d 92 (2d Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

*United States v. Moon*, 718 F.2d 1210 (2d Cir. 1983),
  *cert. denied*, 466 U.S. 971 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44,45

*United States v. Moreno*, 897 F.2d 26 (2d Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

*United States v. Morison*, 844 F.2d 1057 (4th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*United States v. O'Brien*, 391 U.S. 367 (1968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14,17

*United States v. Panarella*, 227 F.3d 678 (3d. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*United States v. Perez*, 733 F.2d 1026 (2d Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*United States v. Philippe,* 173 F. Supp. 582 (S.D.N.Y. 1959) . . . . . . . . . . . . . . . . . . . . . . . . . . 49

*United States v. Pirro*, 212 F.3d 86 (2d Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. Rahman*, 189 F.3d 88 (2d Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Rosen*, 445 F. Supp.2d 602 (E.D. Va. 2006) . . . . . . . . . . . . . . . . . . . . . . . 16,17

*United States v. Sattar*, 314 F. Supp.2d 279 (S.D.N.Y. 2004)
    (hereinafter "*Sattar II*") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,6,20,45

*United States v. Sattar*, 272 F. Supp.2d 348 (S.D.N.Y. 2003)
    (hereinafter "*Sattar I*") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,6,14,17

*United States v. Seeger*, 303 F.2d 478 (2d. Cir. 1962) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*United States v. Spinelli*, 352 F.3d 48 (2d Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*United States v. Vanwort*, 887 F.2d 375 (2d Cir.1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*United States v. Vargas*, 621 F.2d 54 (2d Cir.),
    *cert. denied*, 449 U.S. 854 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*United States v. Walker,* 142 F.3d 103 (2nd Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*United States v. Walsh*, 194 F.3d 37 (2d Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. Wayte*, 470 U.S. 598 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44,46

*Virginia v. Hicks,* 539 U.S. 113 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Ward v. Rock Against Racism*, 491 U.S. 781 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Wong Sun v. United States*, 371 U.S. 471 (1963) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38,43

*Yick Wo v. Hopkins*, 118 U.S. 356 (1886) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45,46

*Young v. Am. Mini Theatres, Inc.,* 427 U.S. 50 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Zafiro v. United States*, 506 U.S. 534 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*Zurcher v. Stanford Daily*, 436 U.S. 547 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

## STATUTES

Amend. I, U.S. Const. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *passim*

Amend. IV, U.S. Const. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39,40,41,43

Amend. V, U.S. Const. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,13,29,30
31,36,46

Amend. VI, U.S. Const. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,48

18 U.S.C. §371 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25,26

18 U.S.C. §2339A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

18 U.S.C. §2339A(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,3

18 U.S.C. §2339A(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12,49

18 U.S.C. §2339B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *passim*

18 U.S.C. §2339B(a)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

18 U.S.C. §2339B(i) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5,8,12,18,27,29

18 U.S.C. §3501 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

18 U.S.C. §3501(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36,37

22 U.S.C. §287c, (United Nations Participation Act) . . . . . . . . . . . . . . . . . . . . . . 25,26,27,29,30

22 U.S.C. §287c(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

22 U.S.C. §287c(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

50 U.S.C. §5(b)(4) (Trading With the Enemy Act) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

50 U.S.C. §1702(b)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28,29,30

50 U.S.C. §1702(b)(3)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

50 U.S.C. §1702(b)(4)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

50 U.S.C. §1705(b), (International Emergency Economic Powers Act)  . . . . . . . . . . . . . . . . . . . 27

Executive Order 13224  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26,28,29,30

Rule 5(a), Fed.R.Crim.P.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36,37

Rule 5(a)(1)(A), Fed.R.Crim.P.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Rule 5(c), Fed.R.Crim.P.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Rule 5(c)(1), Fed.R.Crim.P  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Rule 14, Fed.R.Crim.P.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46,47

Rule 16, Fed.R.Crim.P.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47,48

31 C.F.R. Part 594  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

31 C.F.R. §594.305  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27,28

## OTHER AUTHORITIES

Testimony of Attorney General John Ashcroft before the House Judiciary
  Committee in June 2003, *The Justice Department and the USA PATRIOT Act:
  Hearing Before the House Comm. On the Judiciary*, 107th Cong. (2003),
  available at 2003 WL 21291138 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20,21

*Black's Law Dictionary* (7th ed. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Robert M. Chesney, *Civil Liberties and the Terrorism Prevention Paradigm:
  The Guilt By Association Critique*, 101 Mich. L. Rev. 1410 (2003)  . . . . . . . . . . . . . . . . . . 24

Congressional Record Service, "Material Support of Terrorists and Foreign
  Terrorist Organizations: Sunset Amendments," Updated March 17, 2007
  (RL33035) (Charles Doyle, Senior Specialist, American Law Division)  . . . . . . . . . . 3,17,24

H.R. Rep. 103-482 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

H.R. Rep. No. 104-383 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

9 Writings of James Madison 103 (G. Hunt ed.1910) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

John Stuart Mill, *On Liberty* (1st ed. 1859) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  19,20

Andrew Peterson, *Addressing Tomorrow's Terrorists*,
     2 J. Nat'l Security & Pol'y ___ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,5,22,23,24

P.L. 103-236 §525 (Foreign Relations Authorization Act) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Margaret D. Stock, *Providing Material Support to a Foreign Terrorist Organization:*
     *The Pentagon, The Department of State, the People's* Mujahedin *of Iran, & the*
     *Global War On Terrorism*, Bender's Immigration Bulletin (2006) . . . . . . . . . . . . . . . 21,23,24

United States Attorney's Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7,8

*Webster's Third New Int'l Dictionary* (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22