

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

JUN 10 2008

U.S.A. vs. Javed Iqbal                    Docket No. 06-cr-1054-RMB-1

Petition for Action on Conditions of Pretrial Release

This defendant was arrested on 8/23/06 for Conspiracy to Violate the International Emergency Economic Powers Act. He made his initial appearance on 8/24/06 before Magistrate Judge Gabriel W. Gorenstein and bail was set as follows: $250,000 personal recognizance bond cosigned by 2 financially responsible persons and secured by the defendant's home; travel limited to the SDNY/EDNY; surrender of travel documents and no new applications; strict Pretrial Services supervision including electronic monitoring; defendant may go to work. He was to be released upon his own signature and the signature of 1 financially responsible person.

The defendant was released from custody on 8/28/06.

On 11/20/06 an indictment was unsealed which modified the charges to include Terrorist Activity (Providing Material Support to a Terrorist Organization). That day the defendant appeared before Your Honor for arraignment, entered a plea of not guilty and bail was modified to include a $15,000 cash supplement to the existing bail conditions.

A review of the docket reflects that the next scheduled conference is set for 12/16/08.

An updated criminal record check reveals no new arrests and the defendant has been compliant with his release conditions.

We are requesting that Your Honor amend the defendant's bail conditions to include mental health treatment as deemed appropriate by Pretrial Services. It should be noted that the defendant has been receiving mental health treatment while under Pretrial Services supervision, however, it appears that a condition authorizing treatment was not previously ordered.

Assistant U.S. Attorney Eric Snyder and Defense Attorney Joshua Dratel do not oppose this modification.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's bail conditions be amended to include mental health treatment as deemed appropriate by Pretrial Services.

All other conditions remain intact.

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. |
| Considered and ordered this **11th** day of **June**, 2008 and ordered filed and made a part of the records in the above case. | |
| *On Consent* | Respectfully, |
| *RMB* | |
| _____ | _____ |
| Richard M. Berman | Robert L. Trail Jr., Supervisory |
| U.S. District Court Judge | U.S. Pretrial Services Officer |
| | Place: SDNY |
| | Date: June 10, 2008 |