**0 6 cr 1054**



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*



UNITED STATES ONLY
DOCUMENT
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: **2/29/16**

THE COURT ORDERS:

[ ] The Issuance of a Warrant

[✓] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[✓] Other **The Court will hold a conference on March 14, 2016 at 10:00 am.**

**Richard M. Berman**
_____
Signature of Judicial Officer

**2/29/16**
_____
Date

AO 83 (Rev. 06/09) Summons in a Criminal Case

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

UNITED STATES OF AMERICA )
)
)
vs. ) Case No. 1:06CR01054
)
Javed Iqbal )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following documents filed with the court.

 X  Supervised Release Violation Petition

| | | |
|---|---|---|
| Place: **500 Pearl Street Courtroom 17 B** | Courtroom No.: **17 B** | |
| | Date and Time: **3-14-16 at 10:00 am** | |

This Offense is briefly described as follows:

On January 15, 2016, Javier Iqbal was arrested by the NYPD for assaulting his wife about the face with a shoe, causing a red mark on the bridge of her nose and a lump on the left side of her forehead.

Date: **2/29/16**

*Richard A. Berman*

*Issuing officer's signature*

**Richard M. Berman,**
Honorable U.S. District Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:
_ Executed and returned this summons          _ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*