G7qeiqbc

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,                New York, N.Y.

4              v.                           06 CR 1054(RMB)

5  JAVED IQBAL,

6              Defendant.

7  ------------------------------x

8
                                            July 26, 2016
9                                           9:51 a.m.

10
   Before:
11
                   HON. RICHARD M. BERMAN,
12
                                       District Judge
13

14                       APPEARANCES

15  PREET BHARARA
        United States Attorney for the
16      Southern District of New York
    BY:  JASON SWERGOLD
17      Assistant United States Attorney

18  JOSHUA DRATEL
        Attorney for Defendant
19
    ALSO PRESENT:  Christopher Ferrall, USPO SDNY
20                 John Almanza, USPO EDNY

21

22

23

24

25

                  SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

G7qeiqbc

1          (Case called)

2          THE COURT:  So I have reviewed, and I'll move into

3   evidence as a court exhibit to this hearing, the probation's

4   July 21, 2016, status update.  And then I thought I would turn

5   to probation for your report.  And also you recall that last

6   time we were together, which was in May, we talked about mental

7   health once a week.  And I want to hear how that's been going.

8          MR. ALAMANZA:  Yes, Judge.

9          Since the last conference Mr. Iqbal's been in mental

10  health treatment at EBS on Staten Island.  He goes once a week

11  to meet with the head clinician there for individual anger

12  management sessions.  Dr. Renton is a doctor he meets with who

13  has advised that he's doing well in treatment.  He

14  participates.  It appears he's improving his personal life by

15  looking for and taking steps towards getting employment and

16  bettering his relationships with his family members, including

17  his wife and children.

18         THE COURT:  And what do you recommend -- I'd like to

19  continue that mental health treatment.  I think that can only

20  be helpful.  Anything else you suggest that we do?

21         MR. ALAMANZA:  I think for now we can continue him in

22  mental health, and we'll continue to monitor him there.  His

23  local case -- he has a next court date of September 12th.  So I

24  think we would recommend that the case be put off until after

25  then.  Hopefully there's a disposition in that case.

G7qeiqbc

1         THE COURT:  That's on the order of protection?

2         MR. ALAMANZA:  Yes.

3         THE COURT:  Okay.  Mr. Dratel, can you help us out?

4    Are we on the right track here?

5         MR. DRATEL:  Yes.  Yes, your Honor.  And I think that

6    would be amenable to us.

7         I think an early October date would be good for this

8    reason:  The criminal case in contempt would be September 12th.

9    I think the family court order of protection expires the 23rd

10   of September.  So that way we could have a formal resolution of

11   everything in place for our next conference.

12        THE COURT:  Remind me, what's the contempt as opposed

13   to the order of protection?

14        MR. DRATEL:  It's violating the order of protection.

15        THE COURT:  I see.  And both in the same -- in family

16   court?

17        MR. DRATEL:  No.  One's in criminal court.  One's in

18   family court.  That's why there are the two dates.

19        THE COURT:  Got it.  I see.  Are you helping him there

20   or is that somebody else?

21        MR. DRATEL:  No.  I think he's got either legal aid or

22   a contract provider.

23        THE COURT:  I agree.  So something October, did you

24   say?

25        MR. DRATEL:  Yes.

G7qeiqbc

1            THE COURT:  How about October 24 at 10:30?  Does that

2    work for all of you?

3            MR. DRATEL:  I start a trial the 24th.  If we could do

4    it the week before, maybe, that would be good, your Honor.

5            THE COURT:  How is the 17th?

6            MR. DRATEL:  That's fine, your Honor.  Can we do the

7    morning?

8            THE COURT:  Yes.  9:30.

9        Does that work for probation and the government as

10   well?

11           MR. SWERGOLD:  Yes, your Honor.

12           THE COURT:  All right.  So let's continue on the path

13   that we're on with the mental health treatment.  And we'll talk

14   about it again on October 17 at 9:30.

15           MR. DRATEL:  Thank you, your Honor.

16           THE COURT:  Nice to see you.

17       (Adjourned)

18

19

20

21

22

23

24

25